

# Fourth Court of Appeals
## San Antonio, Texas

February 2, 2018

No. 04-16-00827-CV

Frances M. **BUPP**, Martha King Berglund, Evelyn Seydler Martin, Andrea Lee Castillo, Mary C. Forister, Shirley Dixon, and Cindy Forister,
Appellants

v.

Harold Joe **BISHOP**, Jr., Individually and as Trustee of the Bishop Management Trust, General Partner of J & K Bishop Partnership, LTD, and as Executor of the Estate of Melanie Kay Bishop,
Appellees

From the 81st Judicial District Court, Karnes County, Texas
Trial Court No. 15-01-00011-CVK
Honorable Donna S. Rayes, Judge Presiding

## O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
                Karen Angelini, Justice
                Marialyn Barnard, Justice
                Rebeca C. Martinez, Justice
                Patricia O. Alvarez, Justice (Not Participating)
                Luz Elena D. Chapa, Justice
                Irene Rios, Justice

       The court has considered the appellees' amended motion for en banc reconsideration and the motion is DENIED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of February, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court